

# COURT OF APPEALS
# EIGHTH DISTRICT OF TEXAS
# EL PASO, TEXAS

---

## No. 08-26-00002-CV

---

In re Roberto Rubio Morales and Maria Del Rosario Betancourt

---

## AN ORIGINAL PROCEEDING IN MANDAMUS

---

## MEMORANDUM OPINION

After considering Relators' petition for writ of mandamus and the response of Real Party in Interest, we have determined that Relators have failed to show their entitlement to mandamus relief. *See In re Kappmeyer*, 668 S.W.3d 651, 654 (Tex. 2023) (orig. proceeding) ("Mandamus relief is an extraordinary remedy requiring the relator to show that (1) the trial court clearly abused its discretion and (2) the relator lacks an adequate remedy by appeal."). Accordingly, the petition is DENIED.

We ORDER the stay imposed by our January 7, 2026 order lifted, and we deny all pending motions as moot.

LISA J. SOTO, Justice

January 9, 2026

Before Salas Mendoza, C.J., Palafox and Soto, JJ.